# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 7/8/2016                                                      Case Number 5:08-cv-00931
Case Style: Pinnacle Mining Company, LLC vs. Bluestone Coal Corporation
Type of hearing Settlement Conference
Before the honorable: 2515-Johnston
Court Reporter Mary Schweinhagen                                    Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government John Meadows,Peter Raupp


Attorney(s) for the Defendant(s) Gene Bailey,David Nelson


Law Clerk Charlie Merritt                                           Probation Officer N/A

Trial Time


Non-Trial Time
Pretrial conference (including settlement and telephone conferences).


Court Time
9:10     to 9:25
Total Court Time: 0 Hours 15 Minutes Non-Trial Time/Uncontested Time


Courtroom Notes
Scheduled Start:  9:00 a.m.
Actual Start:  9:10 a.m.

Parties present in person.  Court addresses ECF 197.  Court GRANTS IN PART and DENIES IN PART the motion.  Court addresses ECF 195.  Court DENIES the motion.  Court addresses ECF 162.  Court DENIES the motion AS MOOT.

Court recessed:  9:25 a.m.