# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 7/18/2016                                                                                          Case Number 5:08-cv-00931
Case Style: Pinnacle Mining Company, LLC vs. Bluestone Coal Corporation
Type of hearing Settlement Conference
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran                                                                Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government John Meadows,Peter Raupp


Attorney(s) for the Defendant(s) Gene Bailey,David Nelson


Law Clerk Charllie Merritt                                                                      Probation Officer N/A

**Trial Time**


**Non-Trial Time**


**Court Time**

1:40      to 1:50
Total Court Time: 0 Hours 10 Minutes Non-Trial Time/Uncontested Time

**Courtroom Notes**

Scheduled Start:  9:00 a.m.
Actual Start:  1:40 p.m.

Parties present in person and by counsel.  Parties have reached settlement.

Court recessed:  1:50 p.m.